**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL E. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19-cv-0206-MTS |
| | ) | |
| BENJAMIN QUICK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court dismissed this action without prejudice more than fifty-seven months ago. Doc. [34]. This closed matter is back before the Court on *pro se* Plaintiff Michael E. Cox's Motion to Reopen Case under Rule 60(b). Doc. [36]; *see also* Fed. R. Civ. P. 60(b). The Court has reviewed the Motion in its entirety along with the docket of this case. After due consideration, the Court will deny Plaintiff's Motion. *First*, Plaintiff failed to make his Motion within a reasonable time. Fed. R. Civ. P. 60(c). *Second*, and in any event, Plaintiff has failed to show the existence of "just terms" to relieve him from the Court's dismissal of this action without prejudice under Rule 41(b). Fed. R. Civ. P. 60(b); *see Cohen v. Hoyer*, 32 F. App'x 755, 759–60 (7th Cir. 2002) (unsigned order).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Michael E. Cox's Motion to Reopen Case under Rule 60(b), Doc. [36], is **DENIED**.

Dated this 4th day of February 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE